UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                           | Chapter 13 Proceeding
CORINE BYRD,                                     | Case no. 25-40048-KKS
    Debtor.                  |

==========================================================

**NOTICE OF OPPORTUNITY TO
OBJECT AND FOR HEARING**

    **Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).**

    **If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL, 32301 and serve a copy on the movant's attorney, Allen P. Turnage, Law Office of Allen Turnage, P.A., PO Box 15219, Tallahassee, Florida 32317, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.**

    **If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

**MOTION FOR MODIFICATION OF PLAN AFTER CONFIRMATION**

COMES NOW THE DEBTOR and files this modification of her plan after confirmation pursuant to 11 USC § 1329 and FRBP 3015, showing the following:

The Debtor Chapter 13 Plan was previously confirmed by the court.  The Debtor files this modification in order to reflect the claim filed by the internal Revenue Service after confirmation but timely for the Service..  The plan as modified will pay the same dividend to unsecured creditors as the original confirmed plan.

Dated:  20 January 2026.

                                             /s/ Allen P. Turnage
                                             Allen P. Turnage
                                             Counsel for Debtor(s)
                                             Law Office of Allen Turnage, P.A.
                                             PO Box 15219
                                             Tallahassee FL  32317
                                             (850) 224-3231 – Voice
                                             (850) 224-2535 – Facsimile
                                             Florida Bar No. 993085